# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−25698−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Zaimah Abdullah Mutakabbir
   18 North 19th Street
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−6683

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date: 12/15/16
Time: 02:00 PM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Mark Goldman, Debtor's Attorney

COMMISSION OR FEES
$5459.20

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: November 16, 2016
JJW:

        James J. Waldron
        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 16-25698-VFP
Zaimah Abdullah Mutakabbir                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Nov 16, 2016
                              Form ID: 137             Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2016.
```
db           +Zaimah Abdullah Mutakabbir,    18 North 19th Street,    East Orange, NJ 07017-5104
cr           +Ditech Financial LLC,    P. O. Box 9013,    Addison, TX 75001-9013
516368229    +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
               Arlington, TX 76096-3853
516342351    +AmeriCredit/GM Financial,    Po Box 181145,    Arlington, TX 76096-1145
516342350    +AmeriCredit/GM Financial,    Po Box 183583,    Arlington, TX 76096-3583
516342352    +AmeriFinancial Solutions. Llc,    Po Box 65018,    Baltimore, MD 21264-5018
516342353    +AmeriFinancial Solutions. Llc,    Po Box 7,    Vassar, MI 48768-0007
516342354    +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516342355    +Bank Of America,    450 American St,    Simi Valley, CA 93065-6285
516342356    +Celentino, Stadtmauer, Walentowicz,    Notchview Office Park,    1035 Route 46 East,
               P.O. Box 2594,    Clifton, NJ 07015-2594
516342358    +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
516342357    +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmingotn, DE 19850-5298
516342361     CitiMortgage,    PO Box 9001067s,    Louisville, KY 40290-1067
516342360    +Citibank Sears,    Po Box 6282,    Sioux Falls, SD 57117-6282
516342359    +Citibank Sears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
               Saint Louis, MO 63179-0040
516342363    +Citimortgage Inc,    Po Box 6243,    Sioux Falls, SD 57117-6243
516342362     Citimortgage Inc,    Attn: Bankruptcy,    Po Box 6423,    Sioux Falls, SD 57117
516342364     Ditech,    P.O. Box 9001719,    Louisville, KY 40290-1719
516342368    +East Orange General Hospital,    300 Central Avenue,    East Orange, NJ 07018-2897
516342369    +Hackensack/Mountainside Hospital,    1 Bay Avenue,    Glen Ridge, NJ 07028-1505
516342372    +Medical Data Systems (MDS),    2001 9th Ave,    Ste 312,    Vero Beach, FL 32960-6413
516342373    +Medical Data Systems (MDS),    128 W Center Ave Fl 2,    Sebring, FL 33870-3103
516342375    +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516342374    +Midland Funding,    2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
516342376    +Newark Bet Israel Med. Ctr.,    200 Lyons Ave,    Newark, NJ 07112-2026
516342379     Newark Beth Israel Hospital,    301 Lyons Avenue,    Newark, NJ 07112
516342388    +PSE&G,    80 Park Plaza,    Newark, NJ 07102-4194
516342385     PSE&G,    P.O. Box 14104,    New Brunswick, NJ 08906
516342386     PSE&G,    P.O. Box 14106,    New Brunswick, NJ 08906
516342381    +Palisades Medical Center,    7600 River Road,    North Bergen, NJ 07047-6217
516342383    +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516342384    +Protect America,    1 Gateway Center,    Newark, NJ 07102-5310
516342389    +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
516359082    +Summit Medical Group,    PO Box 5026,    Syracuse, NY 13220-5026
516342394    +Summit Oaks Hospital,    19 Prospect Street,    Summit, NJ 07901-2531
516342392    +Summit Oaks Hospital,    99 Prospect Street,    Summit, NJ 07901-2470
516342393    +Summit Oaks Hospital,    c/o Apex Asset Management,    2501 Oregon Pike,
               Lancaster, PA 17601-4890
516342395    +Tempur Pedic,    1000 Tempur Way,    Lexington, KY 40511-1386
516342396     Tempur Pedic,    Cscl Dispute Team,    Des Moines, IA 50306
516342397    +The Treatment Center,    4905 Lantana Road,    Lake Worth, FL 33463-6915
516342398     Toyota Motor Credit Co,    See Branch Listings,    Brea, CA 92621
516342399    +University Hospital,    201 Bergen Street,    PO Box 3009,    Newark, NJ 07103-0009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2016 22:01:26      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2016 22:01:26      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516342349      E-mail/Text: ebn@americollect.com Nov 16 2016 22:01:28      Americollect Inc,    Po Box 1566,
               Manitowoc, WI 54221
516408256      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 16 2016 21:56:22
               American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
               Oklahoma City, OK  73124-8848
516342365      E-mail/Text: bankruptcy.bnc@ditech.com Nov 16 2016 22:01:20      Ditech,    PO Box 6172,
               Rapid City, SD 57709-6172
516342366     +E-mail/Text: bankruptcynotices@dcicollect.com Nov 16 2016 22:01:35      Diversified Consultant,
               Dci,    Po Box 551268,    Jacksonville, FL 32255-1268
516342367     +E-mail/Text: bankruptcynotices@dcicollect.com Nov 16 2016 22:01:35      Diversified Consultant,
               10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
516342371     +E-mail/Text: bankruptcy@hccredit.com Nov 16 2016 22:01:42      Hccredit/cit,
               203 E Emma Ave Ste A,    Springdale, AR 72764-4625
516342370     +E-mail/Text: bankruptcy@hccredit.com Nov 16 2016 22:01:42      Hccredit/cit,
               Hc Processing Center,    Po Box 1309,    Lowell, AR 72745-1309
516342377     +E-mail/Text: ebn@barnabashealth.org Nov 16 2016 22:01:34      Newark Beth Israel,
               Medical Center,    201 Lyons Avenue,    Newark, NJ 07112-2027
516342378     +E-mail/Text: ebn@barnabashealth.org Nov 16 2016 22:01:34      Newark Beth Israel Hospital,
               201 Lyons Avenue,    Newark, NJ 07112-2027
516342387      E-mail/Text: bankruptcy@pseg.com Nov 16 2016 22:01:12      PSE&G,    POB 490,
               Cranford, NJ 07016-0490
```

```
District/off: 0312-2            User: admin                  Page 2 of 2                   Date Rcvd: Nov 16, 2016
                                Form ID: 137                 Total Noticed: 58


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516342382         +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2016 21:56:17
                   Pinnacle Credit Services,    Po Box 640,    Hopkins, MN 55343-0640
516418564          E-mail/Text: appebnmailbox@sprint.com Nov 16 2016 22:01:25         Sprint Corp.,
                   Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
516342390         +E-mail/Text: clientservices@simonsagency.com Nov 16 2016 22:01:39         Simons Agency Inc,
                   4963 Wintersweet Dr,    Liverpool, NY 13088-2176
516342391          E-mail/Text: appebnmailbox@sprint.com Nov 16 2016 22:01:25         Sprint,    PO Box 105243,
                   Atlanta, GA 30348-5243
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +AmeriCredit Financial Services, Inc. dba GM Financ,    PO BOX 183853,    Arlington, TX 76096-3853
516342380       ##+NJA Newark Beth Israel Anesthesia,    P.O. Box 724,   Millburn, NJ 07041-0724
                                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2016 at the address(es) listed below:
              David G. Beslow    on behalf of Debtor Zaimah  Abdullah Mutakabbir yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor   Ditech Financial LLC
               nj_ecf_notices@buckleymadole.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Mark  Goldman    on behalf of Debtor Zaimah  Abdullah Mutakabbir yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
                                                                                               TOTAL: 5
```