Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−25698−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Zaimah Abdullah Mutakabbir
   18 North 19th Street
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−6683

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/19/18 at 11:00 AM

to consider and act upon the following:

*43* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 6/29/2018. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*46* − Certification in Opposition to (related document:43 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 6/29/2018. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by David G. Beslow on behalf of Zaimah Abdullah Mutakabbir. (Beslow, David)

Dated: 7/6/18

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Zaimah Abdullah Mutakabbir  
    Debtor

Case No. 16-25698-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 06, 2018  
                      Form ID: ntchrgbk    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2018.
```
db             +Zaimah Abdullah Mutakabbir,    18 North 19th Street,    East Orange, NJ 07017-5104
cr             +AmeriCredit Financial Services, Inc. dba GM Financ,    PO BOX 183853,    Arlington, TX 76096-3853
cr             +Ditech Financial LLC,    P. O. Box 9013,    Addison, TX 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2018 at the address(es) listed below:
```
          David G. Beslow    on behalf of Debtor Zaimah  Abdullah Mutakabbir yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    Ditech Financial LLC NJ_ECF_Notices@McCalla.com,
           NJ_ECF_Notices@McCalla.com
          John R. Morton, Jr.    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
           Financial ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Mark  Goldman    on behalf of Debtor Zaimah  Abdullah Mutakabbir yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
                                                                                             TOTAL: 6
```