**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

ZAIMAH ABDULLAH MUTAKABBIR

Order Filed on July 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  16-25698 VFP

Hearing Date:  7/19/2018

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 20, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor(s): ZAIMAH ABDULLAH MUTAKABBIR

Case No.: 16-25698

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 07/19/2018 on notice to GOLDMAN & BESLOW, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $793.00 to the Trustee's office by 8/2/2018 or the case will be dismissed; and it is further

- ORDERED, that the Debtor(s) must address the Automatic Stay or file a modified plan by 8/2/2018 or the case will be dismissed; and it is further

- ORDERED, that if satisfied, the Trustee's Certification of Default will be adjourned to 8/2/2018 at 11:00 AM.