**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

  ZAIMAH ABDULLAH MUTAKABBIR

Order Filed on July 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  16-25698 VFP**

**Hearing Date:  7/19/2018**

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 20, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s):  ZAIMAH ABDULLAH MUTAKABBIR

Case No.:  16-25698

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 07/19/2018 on notice to GOLDMAN &

BESLOW, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $793.00 to the Trustee's office by 8/2/2018 or the case will be dismissed; and it is further

- ORDERED, that the Debtor(s) must address the Automatic Stay or file a modified plan by 8/2/2018 or the case will be dismissed; and it is further

- ORDERED, that if satisfied, the Trustee's Certification of Default will be adjourned to 8/2/2018 at 11:00 AM.

United States Bankruptcy Court
District of New Jersey

In re:
Zaimah Abdullah Mutakabbir
      Debtor

Case No. 16-25698-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Jul 20, 2018
                   Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2018.
db          +Zaimah Abdullah Mutakabbir,    18 North 19th Street,    East Orange, NJ 07017-5104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2018                    Signature:  _/s/Joseph Speetjens_

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2018 at the address(es) listed below:
      David G. Beslow    on behalf of Debtor Zaimah  Abdullah Mutakabbir yrodriguez@goldmanlaw.org,
       yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
      Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Francesca Ann Arcure    on behalf of Creditor    Ditech Financial LLC NJ_ECF_Notices@McCalla.com,
       NJ_ECF_Notices@McCalla.com
      John R. Morton, Jr.    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
       Financial ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Mark  Goldman    on behalf of Debtor Zaimah  Abdullah Mutakabbir yrodriguez@goldmanlaw.org,
       yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
                                                                        TOTAL: 6