Document    Page 1 of 2

---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

**GOLDMAN & BESLOW, LLC**
Attorneys At Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey  07017
(973)-677-9000
David G. Beslow, Esq. - #DGB-5300

*Attorneys for Debtor, Zaimah Abdullah Mutakabbir*

---

Order Filed on September 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

In Re:

**ZAIMAH ABDULLAH MUTAKABBIR,**

    Debtors.

Case No. 16-25698/VFP

Chapter: 13

Hearing Date: September 6, 2018 at 11:00am

Judge: Hon. Vincent F. Papalia

---

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED.**

DATED: September 13, 2018

        _____
        Honorable Vincent F. Papalia
        United States Bankruptcy Judge

| | |
|---|---|
| **Page:** | 2 |
| **Debtors:** | **Zaimah Abdullah Mutakabbir** |
| **Case No.:** | **16-25698/VFP - Chapter 13** |
| **Caption:** | **Order Reinstating Automatic Stay** |

**THIS MATTER** being opened to the Court by David G. Beslow, Esq., attorney for the debtor, Zaimah Abdullah Mutakabbir, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition;

**IT IS HEREBY,**

**ORDERED,** that the automatic stay as to AmeriCredit Financial Services dba GM Financial is hereby reinstated.