| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| GOLDMAN & BESLOW, LLC |
| Attorneys At Law |
| 7 Glenwood Avenue - Suite 311B |
| East Orange, New Jersey  07017 |
| (973)-677-9000 |
| David G. Beslow, Esq. - #DGB-5300 |
| *Attorneys for Debtor, Zaimah Abdullah Mutakabbir* |

Order Filed on September 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**ZAIMAH ABDULLAH MUTAKABBIR,**

         Debtors.

Case No.    16-25698/VFP

Chapter:    13

Hearing Date:    September 6, 2018 at 11:00am

Judge:    Hon. Vincent F. Papalia

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following pages numbered two (2) through two (2) is hereby

**ORDERED.**

DATED: September 13, 2018

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

**Page:** 2
**Debtors:** Zaimah Abdullah Mutakabbir
**Case No.:** 16-25698/VFP - Chapter 13
**Caption:** Order Reinstating Automatic Stay

---

**THIS MATTER** being opened to the Court by David G. Beslow, Esq., attorney for the debtor, Zaimah Abdullah Mutakabbir, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition;

**IT IS HEREBY,**

**ORDERED**, that the automatic stay as to AmeriCredit Financial Services dba GM Financial is hereby reinstated.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-25698-VFP
Zaimah Abdullah Mutakabbir                                              Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1           Date Rcvd: Sep 13, 2018
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2018.
db              +Zaimah Abdullah Mutakabbir,    18 North 19th Street,    East Orange, NJ 07017-5104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
              David G. Beslow    on behalf of Debtor Zaimah  Abdullah Mutakabbir yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Ditech Financial LLC NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              John R. Morton, Jr.   on behalf of Creditor   AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Mark  Goldman    on behalf of Debtor Zaimah  Abdullah Mutakabbir yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
                                                                                             TOTAL: 6