Form 137 – aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−25698−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Zaimah Abdullah Mutakabbir
   18 North 19th Street
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−6683

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:     2/5/19
Time:     02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Mark Goldman

COMMISSION OR FEES
$1440.25

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

   An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: January 23, 2019
JAN:

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                              Case No. 16-25698-VFP
Zaimah Abdullah Mutakabbir                                          Chapter 13
        Debtor           CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2         Date Rcvd: Jan 23, 2019
                               Form ID: 137                 Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2019.
db             +Zaimah Abdullah Mutakabbir,    18 North 19th Street,    East Orange, NJ 07017-5104
cr             +Ditech Financial LLC,    P. O. Box 9013,    Addison, TX 75001-9013
cr             +SN Servicing Corporation,    Friedman Vartolo LLP,    85 Broad Street,    Suite 501,
                 New York, NY 10004-1734
516368229      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
516342351      +AmeriCredit/GM Financial,    Po Box 181145,    Arlington, TX 76096-1145
516342350      +AmeriCredit/GM Financial,    Po Box 183583,    Arlington, TX 76096-3583
516342352      +AmeriFinancial Solutions. Llc,    Po Box 65018,    Baltimore, MD 21264-5018
516342355      +Bank Of America,   450 American St,    Simi Valley, CA 93065-6285
516342356      +Celentino, Stadtmauer, Walentowicz,    Notchview Office Park,    1035 Route 46 East,
                 P.O. Box 2594,   Clifton, NJ 07015-2594
516342358      +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
516342357      +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmingotn, DE 19850-5298
516342361       CitiMortgage,   PO Box 9001067s,    Louisville, KY 40290-1067
516342360      +Citibank Sears,    Po Box 6282,    Sioux Falls, SD 57117-6282
516342359      +Citibank Sears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516342363      +Citimortgage Inc,    Po Box 6243,    Sioux Falls, SD 57117-6243
516342362       Citimortgage Inc,    Attn: Bankruptcy,    Po Box 6423,    Sioux Falls, SD 57117
516342364       Ditech,   P.O. Box 9001719,    Louisville, KY 40290-1719
516342368      +East Orange General Hospital,    300 Central Avenue,    East Orange, NJ 07018-2897
516342369      +Hackensack/Mountainside Hospital,    1 Bay Avenue,    Glen Ridge, NJ 07028-1505
516342372      +Medical Data Systems (MDS),    2001 9th Ave,    Ste 312,    Vero Beach, FL 32960-6413
516342373      +Medical Data Systems (MDS),    128 W Center Ave Fl 2,    Sebring, FL 33870-3103
516963873       New Penn Financial, LLC,    d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10675,
                 Greenville, SC 29603-0675
516342376      +Newark Bet Israel Med. Ctr.,    200 Lyons Ave,    Newark, NJ 07112-2026
516342379       Newark Beth Israel Hospital,    301 Lyons Avenue,    Newark, NJ 07112
516342388      +PSE&G,   80 Park Plaza,    Newark, NJ 07102-4194
516342385       PSE&G,   P.O. Box 14104,    New Brunswick, NJ 08906
516342386       PSE&G,   P.O. Box 14106,    New Brunswick, NJ 08906
516342381      +Palisades Medical Center,    7600 River Road,    North Bergen, NJ 07047-6217
516342383      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516342384      +Protect America,    1 Gateway Center,    Newark, NJ 07102-5310
516342389      +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
516359082      +Summit Medical Group,    PO Box 5026,    Syracuse, NY 13220-5026
516342394      +Summit Oaks Hospital,    19 Prospect Street,    Summit, NJ 07901-2531
516342392      +Summit Oaks Hospital,    99 Prospect Street,    Summit, NJ 07901-2470
516342393      +Summit Oaks Hospital,    c/o Apex Asset Management,    2501 Oregon Pike,
                 Lancaster, PA 17601-4890
516342395      +Tempur Pedic,   1000 Tempur Way,    Lexington, KY 40511-1386
516342396       Tempur Pedic,   Cscl Dispute Team,    Des Moines, IA 50306
516342397      +The Treatment Center,    4905 Lantana Road,    Lake Worth, FL 33463-6915
516342398       Toyota Motor Credit Co,    See Branch Listings,    Brea, CA 92621
516342399      +University Hospital,    201 Bergen Street,    PO Box 3009,    Newark, NJ 07103-0009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2019 23:50:31     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2019 23:50:28     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516342349       E-mail/Text: ebn@americollect.com Jan 23 2019 23:50:39     Americollect Inc,   Po Box 1566,
                 Manitowoc, WI 54221
516408256       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 23 2019 23:56:40
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,   PO Box 248848,
                 Oklahoma City, OK  73124-8848
516342365       E-mail/Text: bankruptcy.bnc@ditech.com Jan 23 2019 23:49:57     Ditech,   PO Box 6172,
                 Rapid City, SD 57709-6172
516578103       E-mail/Text: bankruptcy.bnc@ditech.com Jan 23 2019 23:49:57
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516342366      +E-mail/Text: bankruptcynotices@dcicollect.com Jan 23 2019 23:51:13     Diversified Consultant,
                 Dci,   Po Box 551268,    Jacksonville, FL 32255-1268
516342367      +E-mail/Text: bankruptcynotices@dcicollect.com Jan 23 2019 23:51:13     Diversified Consultant,
                 10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
516342371      +E-mail/Text: bankruptcy@hccredit.com Jan 23 2019 23:51:50     Hccredit/cit,
                 203 E Emma Ave Ste A,    Springdale, AR 72764-4625
516342370      +E-mail/Text: bankruptcy@hccredit.com Jan 23 2019 23:51:50     Hccredit/cit,
                 Hc Processing Center,    Po Box 1309,   Lowell, AR 72745-1309
516342375      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 23 2019 23:50:27     Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
```

```
District/off: 0312-2                  User: admin                    Page 2 of 2                      Date Rcvd: Jan 23, 2019
                                      Form ID: 137                   Total Noticed: 61


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516342374      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 23 2019 23:50:27     Midland Funding,
                 2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
516342377      +E-mail/Text: ebn@rwjbh.org Jan 23 2019 23:51:01     Newark Beth Israel,    Medical Center,
                 201 Lyons Avenue,    Newark, NJ 07112-2027
516342378      +E-mail/Text: ebn@rwjbh.org Jan 23 2019 23:51:01     Newark Beth Israel Hospital,
                 201 Lyons Avenue,    Newark, NJ 07112-2027
516342387       E-mail/Text: bankruptcy@pseg.com Jan 23 2019 23:49:20     PSE&G,    POB 490,
                 Cranford, NJ 07016-0490
516342382      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 23 2019 23:57:22
                 Pinnacle Credit Services,    Po Box 640,    Hopkins, MN 55343-0640
516418564       E-mail/Text: appebnmailbox@sprint.com Jan 23 2019 23:50:26     Sprint Corp.,
                 Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
516342390      +E-mail/Text: clientservices@simonsagency.com Jan 23 2019 23:51:27     Simons Agency Inc,
                 4963 Wintersweet Dr,    Liverpool, NY 13088-2176
516342391       E-mail/Text: appebnmailbox@sprint.com Jan 23 2019 23:50:25     Sprint,    PO Box 105243,
                 Atlanta, GA 30348-5243
517698149      +E-mail/Text: bknotices@snsc.com Jan 23 2019 23:51:34     U.S. Bank Trust National Association,
                 c/o SN Servicing Corporation,    323 5th Street,    Eureka, CA 95501-0305
517698150      +E-mail/Text: bknotices@snsc.com Jan 23 2019 23:51:34     U.S. Bank Trust National Association,
                 c/o SN Servicing Corporation,    323 5th Street,    Eureka, CA 95501,
                 U.S. Bank Trust National Association,    c/o SN Servicing Corporation 95501-0305
                                                                                               TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516963874      New Penn Financial, LLC,    d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10675,
                 Greenville, SC 29603-0675,    New Penn Financial, LLC,   d/b/a Shellpoint Mortgage Servicing
cr*           +AmeriCredit Financial Services, Inc. dba GM Financ,    PO BOX 183853,    Arlington, TX 76096-3853
516716742*     Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516342353     ##+AmeriFinancial Solutions. Llc,    Po Box 7,   Vassar, MI 48768-0007
516342354     ##+Bank Of America,    Nc4-105-03-14,   Po Box 26012,    Greensboro, NC 27420-6012
516342380     ##+NJA Newark Beth Israel Anesthesia,    P.O. Box 724,   Millburn, NJ 07041-0724
                                                                                               TOTALS: 1, * 2, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2019 at the address(es) listed below:
              David G. Beslow    on behalf of Debtor Zaimah  Abdullah Mutakabbir yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Ditech Financial LLC NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              John R. Morton, Jr.    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
               bankruptcy@friedmanvartolo.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark Goldman    on behalf of Debtor Zaimah  Abdullah Mutakabbir yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
                                                                                               TOTAL: 7
```