**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**
0 Valuation of Security          0 Assumption of Executory Contract or Unexpired Lease          0 Lien Avoidance

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## New Jersey

In Re:    Zaimah Abdullah Mutakabbir            Case No.:    16-25698
                                                Judge:       VFP

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original                    ☑ Modified/Notice Required          Date: 3/4/2019
☐ Motions Included            ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  **DGB**     Initial Debtor: **Z A**     Initial Co-Debtor  _____

## Part 1: Payment and Length of Plan

a. The debtor has paid $20,721.00 to date, and shall pay **250.00 Monthly** to the Chapter 13 Trustee, starting in March 2019 for approximately **6** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
   ☑ Future Earnings
   ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
   ☐ Sale of real property
       Description:
       Proposed date for completion:  _____

   ☐ Refinance of real property:
       Description:
       Proposed date for completion:  _____

   ☐ Loan modification with respect to mortgage encumbering property:
       Description:
       Proposed date for completion:  _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection     **X NONE**

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Goldman & Beslow LLC** | Attorneys fees | Unknown |
| **Marie Ann Greenberg, Chapter 13 Trustee** | Trustee commissions | Unknown |
| **Internal Revenue Service** | Taxes | Unknown |
| **State of New Jersey, Division of Taxation** | Taxes | Unknown |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☐ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Americredit/GM Financial | 2011 Toyota Camry | $399.61 | n/a | $399.61 | ongoing payments |

**c. Secured claims excluded from 11 U.S.C. 506:** ☑ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                       Best Case Bankruptcy

**the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| SN Servicing Corp/Citimortgage/Ditech | 18 North 19th Street, East Orange, NJ 07017 | $145,000.00 | Surrender in full satisfaction of debt |

**f. Secured Claims Unaffected by the Plan** ☑ NONE

The following secured claims are unaffected by the Plan:
Creditor

**g. Secured Claims to be Paid in Full Through the Plan** ☑ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

## Part 5:  Unsecured Claims     ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:
- ☐ Not less than $____ to be distributed *pro rata*
- ☐ Not less than ___ percent
- ☑ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6:  Executory Contracts and Unexpired Leases    ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

## Part 7: Motions    X NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ✓ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ✓ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ✓ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   ✓ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

5

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:
1) Chapter 13 Standing Trustee Commissions
2) Other Administrative Claims - including Attorney Fees & Costs
3) Priority Claims
4) Secured Claims
5) Lease Arrearages
6) General Unsecured Claims

### d. Post-Petition Claims

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification ▇ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: __8/26/2016__.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Mortgage company obtained stay relief | Surrendering property and shortening life of plan |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☑ Yes    ☐ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **March 4, 2019**    /s/ **Zaimah Abdullah Mutakabbir**
**Zaimah Abdullah Mutakabbir**
Debtor

Date: _____
Joint Debtor

Date **March 4, 2019**    /s/ **David Beslow, Esq.**
**David Beslow, Esq. 5300**
Attorney for the Debtor(s)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-25698-VFP
Zaimah Abdullah Mutakabbir                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2          Date Rcvd: Mar 05, 2019
                             Form ID: pdf901          Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2019.

```
db          +Zaimah Abdullah Mutakabbir,    18 North 19th Street,    East Orange, NJ 07017-5104
cr          +Ditech Financial LLC,    P. O. Box 9013,    Addison, TX 75001-9013
cr          +SN Servicing Corporation,    Friedman Vartolo LLP,    85 Broad Street,    Suite 501,
              New York, NY 10004-1734
516368229   +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
              Arlington, TX 76096-3853
516342351   +AmeriCredit/GM Financial,    Po Box 181145,    Arlington, TX 76096-1145
516342350   +AmeriCredit/GM Financial,    Po Box 183583,    Arlington, TX 76096-3583
516342352   +AmeriFinancial Solutions. Llc,    Po Box 65018,    Baltimore, MD 21264-5018
516342355   +Bank Of America,    450 American St,    Simi Valley, CA 93065-6285
516342356   +Celentino, Stadtmauer, Walentowicz,    Notchview Office Park,    1035 Route 46 East,
              P.O. Box 2594,    Clifton, NJ 07015-2594
516342358   +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
516342357   +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmingotn, DE 19850-5298
516342361    CitiMortgage,    PO Box 9001067s,    Louisville, KY 40290-1067
516342360   +Citibank Sears,    Po Box 6282,    Sioux Falls, SD 57117-6282
516342359   +Citibank Sears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
              Saint Louis, MO 63179-0040
516342363   +Citimortgage Inc,    Po Box 6243,    Sioux Falls, SD 57117-6243
516342362    Citimortgage Inc,    Attn: Bankruptcy,    Po Box 6423,    Sioux Falls, SD 57117
516342364    Ditech,    P.O. Box 9001719,    Louisville, KY 40290-1719
516342368   +East Orange General Hospital,    300 Central Avenue,    East Orange, NJ 07018-2897
516342369   +Hackensack/Mountainside Hospital,    1 Bay Avenue,    Glen Ridge, NJ 07028-1505
516342372   +Medical Data Systems (MDS),    2001 9th Ave,    Ste 312,    Vero Beach, FL 32960-6413
516342373   +Medical Data Systems (MDS),    128 W Center Ave Fl 2,    Sebring, FL 33870-3103
516963873    New Penn Financial, LLC,    d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10675,
              Greenville, SC 29603-0675
516342376   +Newark Bet Israel Med. Ctr.,    200 Lyons Ave,    Newark, NJ 07112-2026
516342379    Newark Beth Israel Hospital,    301 Lyons Avenue,    Newark, NJ 07112
516342388   +PSE&G,    80 Park Plaza,    Newark, NJ 07102-4194
516342385    PSE&G,    P.O. Box 14104,    New Brunswick, NJ 08906
516342386    PSE&G,    P.O. Box 14106,    New Brunswick, NJ 08906
516342381   +Palisades Medical Center,    7600 River Road,    North Bergen, NJ 07047-6217
516342383   +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516342384   +Protect America,    1 Gateway Center,    Newark, NJ 07102-5310
516342389   +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
516359082   +Summit Medical Group,    PO Box 5026,    Syracuse, NY 13220-5026
516342394   +Summit Oaks Hospital,    19 Prospect Street,    Summit, NJ 07901-2531
516342392   +Summit Oaks Hospital,    99 Prospect Street,    Summit, NJ 07901-2470
516342393   +Summit Oaks Hospital,    c/o Apex Asset Management,    2501 Oregon Pike,
              Lancaster, PA 17601-4890
516342395   +Tempur Pedic,    1000 Tempur Way,    Lexington, KY 40511-1386
516342396    Tempur Pedic,    Cscl Dispute Team,    Des Moines, IA 50306
516342397   +The Treatment Center,    4905 Lantana Road,    Lake Worth, FL 33463-6915
516342398    Toyota Motor Credit Co,    See Branch Listings,    Brea, CA 92621
516342399   +University Hospital,    201 Bergen Street,    PO Box 3009,    Newark, NJ 07103-0009
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2019 00:11:34    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2019 00:11:30    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516342349    E-mail/Text: ebn@americollect.com Mar 06 2019 00:11:41    Americollect Inc,    Po Box 1566,
              Manitowoc, WI 54221
516408256    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 06 2019 00:20:18
              American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
              Oklahoma City, OK 73124-8848
516342365    E-mail/Text: bankruptcy.bnc@ditech.com Mar 06 2019 00:10:56    Ditech,    PO Box 6172,
              Rapid City, SD 57709-6172
516578103    E-mail/Text: bankruptcy.bnc@ditech.com Mar 06 2019 00:10:56
              Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
              Rapid City, South Dakota 57709-6154
516342366   +E-mail/Text: bankruptcynotices@dcicollect.com Mar 06 2019 00:12:04    Diversified Consultant,
              Dci,    Po Box 551268,    Jacksonville, FL 32255-1268
516342367   +E-mail/Text: bankruptcynotices@dcicollect.com Mar 06 2019 00:12:04    Diversified Consultant,
              10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
516342371   +E-mail/Text: bankruptcy@hccredit.com Mar 06 2019 00:12:34    Hccredit/cit,
              203 E Emma Ave Ste A,    Springdale, AR 72764-4625
516342370   +E-mail/Text: bankruptcy@hccredit.com Mar 06 2019 00:12:34    Hccredit/cit,
              Hc Processing Center,    Po Box 1309,    Lowell, AR 72745-1309
516342375   +E-mail/Text: bankruptcydpt@mcmcg.com Mar 06 2019 00:11:29    Midland Funding,
              2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
```

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Mar 05, 2019
                                  Form ID: pdf901          Total Noticed: 61


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516342374       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 06 2019 00:11:29      Midland Funding,
                 2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
516342377       +E-mail/Text: ebn@rwjbh.org Mar 06 2019 00:11:56      Newark Beth Israel,    Medical Center,
                 201 Lyons Avenue,    Newark, NJ 07112-2027
516342378       +E-mail/Text: ebn@rwjbh.org Mar 06 2019 00:11:56      Newark Beth Israel Hospital,
                 201 Lyons Avenue,    Newark, NJ 07112-2027
516342387        E-mail/Text: bankruptcy@pseg.com Mar 06 2019 00:10:26      PSE&G,    POB 490,
                 Cranford, NJ 07016-0490
516342382       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 06 2019 00:20:10
                 Pinnacle Credit Services,    Po Box 640,    Hopkins, MN 55343-0640
516418564        E-mail/Text: appebnmailbox@sprint.com Mar 06 2019 00:11:27      Sprint Corp.,
                 Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
516342390       +E-mail/Text: clientservices@simonsagency.com Mar 06 2019 00:12:14       Simons Agency Inc,
                 4963 Wintersweet Dr,    Liverpool, NY 13088-2176
516342391        E-mail/Text: appebnmailbox@sprint.com Mar 06 2019 00:11:27      Sprint,    PO Box 105243,
                 Atlanta, GA 30348-5243
517698149       +E-mail/Text: bknotices@snsc.com Mar 06 2019 00:12:18      U.S. Bank Trust National Association,
                 c/o SN Servicing Corporation,    323 5th Street,    Eureka, CA 95501-0305
517698150       +E-mail/Text: bknotices@snsc.com Mar 06 2019 00:12:18      U.S. Bank Trust National Association,
                 c/o SN Servicing Corporation,    323 5th Street,    Eureka, CA 95501,
                 U.S. Bank Trust National Association,    c/o SN Servicing Corporation 95501-0305
                                                                                              TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516963874        New Penn Financial, LLC,    d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10675,
                 Greenville, SC 29603-0675,    New Penn Financial, LLC,    d/b/a Shellpoint Mortgage Servicing
cr*             +AmeriCredit Financial Services, Inc. dba GM Financ,    PO BOX 183853,    Arlington, TX 76096-3853
516716742*       Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516342353      ##+AmeriFinancial Solutions. Llc,    Po Box 7,    Vassar, MI 48768-0007
516342354      ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516342380      ##+NJA Newark Beth Israel Anesthesia,    P.O. Box 724,    Millburn, NJ 07041-0724
                                                                                     TOTALS: 1, * 2, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2019 at the address(es) listed below:
              David G. Beslow    on behalf of Debtor Zaimah  Abdullah Mutakabbir yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Ditech Financial LLC NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              John R. Morton, Jr.    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
               bankruptcy@friedmanvartolo.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Mark  Goldman    on behalf of Debtor Zaimah  Abdullah Mutakabbir yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
                                                                                              TOTAL: 7
```